UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL MANUEL, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:11-cv-536-JMS-MJD |
| DAVID STENSON, | ) ) | |
| Defendant. | ) ) | |

**Entry Concerning Selected Matters**

**I.**

The plaintiff's request to proceed *in forma pauperis* is **granted** to the extent that he is permitted to pay the filing fee in equal installments of $175.00, the first of these to be paid to the clerk of the district court not later than June 8, 2011, and the second of these to be paid not later than July 25, 2011.

**II.**

The plaintiff, Mr. Manuel, has filed a complaint for legal malpractice. As a court of limited jurisdiction, this court "ha[s] only the power that is authorized by Article III of the Constitution and the statutes enacted by Congress pursuant thereto." *Bender v. Williamsport Area School Dist.,* 475 U.S. 534, 541 (1986).

> Congress has conferred subject matter jurisdiction on the district courts only in cases that raise a federal question and cases in which there is diversity of citizenship among the parties. See 28 U.S.C. §§ 1331-32.

*Smart v. Local 702 Intern. Broth. of Elec. Workers,* 562 F.3d 798, 802 (7th Cir. 2009).

The plaintiff's complaint does not supply a basis for the exercise of subject matter jurisdiction. If the court lacks jurisdiction over a case, its only proper course is to note the absence of jurisdiction and dismiss the case on that ground. *Steel Co. v. Citizens for a Better Environment*, 118 S. Ct. 1003, 1012 (1998); *Cook v. Winfrey,* 141 F.3d 322, 324-326 (7th Cir. 1998).

Based on the foregoing, the plaintiff shall have **through June 8, 2011,** in which to **supplement his complaint** by identifying a plausible basis for the court's exercise of subject matter jurisdiction over his claim(s) against the defendant.

**IT IS SO ORDERED.**

Date: 04/26/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Manuel
1180 Infirmary Rd.
Dayton, OH 45407